IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | § | |
|---|---|---|
| | § | Case No. 5:12-bk-05252-JJT |
| Carmine Joseph Potestio | § | |
| | § | |
| | § | Chapter 13 |
| Debtor(s). | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2017, the *Application for Redaction of Personal Information* was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users.

The undersigned hereby further certifies that on March 22, 2017, a true and correct copy of *Application for Redaction of Personal Information* was served in the following manner:

Carmine Joseph Potestio
771 Clubhouse Drive
East Stroudsburg, PA 18302
*Debtor(s)*
**Via U.S. First Class Mail**

J. Zac Christman
Vincent Rubino
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511
*Counsel to the Debtor(s)*
**Served Electronically**

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Trustee*
**Served Electronically**

Office of The United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
**Served Electronically**

*/s/ John M. Steidle*
John M. Steidle, Esquire
Attorney ID No. 84404
BURNS WHITE LLC
Burns White Center
48 26th Street
Pittsburgh, PA 15222
Phone: (412) 995-3000
Fax: (412) 995-3300
jmsteidle@burnswhite.com