IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: **CARMINE JOSEPH POTESTIO,** aka : Chapter 13 Case No.
Carmine J. Potestio, aka Carmine Potestio, : **5:12-bk-05252-JJT**
Debtor, :

## ORDER GRANTING
## MOTION TO SHORTEN NOTICE PERIOD ON
## MOTION TO APPROVE STIPULATION TO RESOLVE COMPLAINT
## FOR SALE OF 480 LAMONT AVENUE, STATEN ISLAND NY 10312

AND NOW, upon consideration of Debtor's **Motion to Shorten Notice Period on Motion to Approve Stipulation to Resolve Complaint for Sale of 480 Lamont Avenue, Staten Island, NY 10312,** it is hereby ORDERED that the **Motion to Shorten Notice Period on Motion to Approve Stipulation to Resolve Complaint for Sale of 480 Lamont Avenue, Staten Island, NY 10312**, be and is hereby GRANTED. The Objection/Response Deadline is hereby set at June 29, 2017. Debtor is hereby ORDERED to file the **Motion to Approve Stipulation to Resolve Complaint for Sale of 480 Lamont Avenue, Staten Island, NY 10312** and provide Notice to all creditors and parties in interest, on or before June 16, 2017.