```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 12-05252-JJT
Carmine Joseph Potestio                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DGeorge          Page 1 of 1          Date Rcvd: Jan 17, 2018
                             Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db              +Carmine Joseph Potestio,     771 Clubhouse Drive,    East Stroudsburg, PA 18302-9274

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Douglas J. Smillie   on behalf of Creditor   Manufacturers & Traders Trust Company
          dsmillie@flblaw.com,   ccharlton@flblaw.com
          J. Zac Christman   on behalf of Debtor 1 Carmine Joseph Potestio jchristman@newmanwilliams.com,
          mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
          J. Zac Christman   on behalf of Plaintiff Carmine Joseph Potestio jchristman@newmanwilliams.com,
          mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
          John Michael Steidle   on behalf of Creditor   Citizens Bank, NA jmsteidle@burnswhite.com,
          lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
          Joshua I Goldman   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Thomas I Puleo   on behalf of Creditor   JPMorgan Chase Bank, National Association
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino   on behalf of Debtor 1 Carmine Joseph Potestio
          epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
          williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                        TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Carmine Joseph Potestio
aka Carmine J. Potestio, aka Carmine Potestio
771 Clubhouse Drive
East Stroudsburg, PA 18302

Chapter 13
Case No. 5:12−bk−05252−JJT

Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−9826

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 17, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk